UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHUSNIDDIN KHOJIMURODOV,

Plaintiff,

v.

USCIS, et al.,

Defendants.

Case No. 26-cv-06190-SK

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 22, 2026, Plaintiff Khusniddin Khojimurodov ("Plaintiff") filed a complaint for declaratory and injunctive relief under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b), 702, and 706(1), and the Mandamus Act, 28 U.S.C. § 1361. (Dkt. No. 1.) Plaintiff filed a certificate of service on June 25, 2026. (Dkt. No. 4.)

Pursuant to the Immigration Mandamus Case Procedural Order filed in this case, Defendants' deadline to file an answer is 60 days after service of the complaint, which was August 24, 2026. (Dkt. No. 2.) Defendants have not filed an answer or otherwise defended this lawsuit. To date, Plaintiff has not made further filings nor filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than November 20, 2026. Plaintiff is admonished that if he fails to file a response to this Order to Show Cause by November 20, 2026, the Court will dismiss this case without prejudice.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free

United States District Court
Northern District of California

of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: October 23, 2026

SALLIE KIM
United States Magistrate Judge